UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:24-cv-10688-SHK | Date: | April 24, 2025 |
|---|---|---|---|
| Title: | C.T. v. Leland Dudek,[1] Acting Comm'r of Soc. Sec'y | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

     On February 11, 2025, Defendant Leland Dudek, Acting Commissioner of Social Security ("Defendant") filed a Motion to Extend the Schedule in the Court's Case Management Order ("Motion").  Electronic Case Filing Number ("ECF No.") 9, Motion.  The Court granted Defendant's Motion the following day ("Order"), which resulted, in relevant part, in Plaintiff C.T.'s ("Plaintiff") Opening Brief ("Brief") being due on April 11, 2025.  ECF No. 10, Order.  As of the date of this Order, Plaintiff has not filed Plaintiff's Brief as ordered.

     Accordingly, Plaintiff is ordered to show cause by **May 2, 2025**, why this case should not be dismissed for failure to prosecute and follow Court orders.  Plaintiff can satisfy this order by filing Plaintiff's Brief by the date stated above.  **Plaintiff is warned that failure to satisfy this order will result in the case being dismissed for failure to prosecute and follow Court orders.**  Plaintiff is advised that an extension of time to comply with this order will be granted only for very good cause shown and if requested before the date stated above.

     **IT IS SO ORDERED.**

---

[1] Leland Dudek has been appointed the Acting Commissioner of Social Security.  Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.