JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.T., <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK,[1] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-10688-SHK <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Case, **IT IS HEREBY ADJUDGED** that the case is **DISMISSED** without prejudice.

DATED: 05/08/2025

HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge

---

[1] Leland Dudek has been appointed the Acting Commissioner of Social Security. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.